**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-7113**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

JOHN THOMAS VAUGHN, JR., a/k/a Lenno,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:11-cr-00085-D-1)

Submitted:  December 20, 2018                    Decided:  December 27, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Thomas Vaughn, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Thomas Vaughn, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. We have reviewed the record and discern no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Vaughn*, No. 7:11-cr-00085-D-1 (E.D.N.C. July 30, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*